PROB 12C
(6/16)

Report Date: November 3, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 04, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Marwan Abdullah Nassir | Case Number: 0980 2:18CR00008-WFN-1 |
| Address of Offender: | Spokane, Washington 99260 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 18, 2018

Original Offense:  Count 1:  Bank Fraud, 18 U.S.C. § 1344; Count 2: Identity Theft, 18 U.S.C. § 1028(a)(7); Count 4: Interstate Transport of Stolen Property, 18 U.S.C. § 2314

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 24 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: | November 18, 2019 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: | November 17, 2024 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by committing the offenses of second degree assault, fourth degree assault, harassment - threat to harm, and interfering with reporting of domestic violence, on or about November 1, and 2, 2021.<br><br>On November 19, 2019, Mr. Nassir's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements.  Specifically, he was made aware by his supervising officer that he must not commit another federal, state or local crime.<br><br>On November 2, 2021, Mr. Nassir was arrested by the Spokane County Sheriff's Department and charged with second degree assault, fourth degree assault, harassment - threat to harm, and interfering with reporting of domestic violence, case number 2110268732.  He is scheduled to make his first appearance in Spokane County Superior Court on November 3, 2021. |

Prob12C
Re: Nassir, Marwan Abdullah
November 3, 2021
Page 2

According to incident report number 2021-10145657, on November 2, 2021, deputies made contact with the victim at the Spokane County Courthouse where she went to report a domestic violence incident involving the offender. The victim advised deputies that Mr. Nassir had been physically and verbally abusive during the 10 years they have been together. She also advised that her two young daughters have witnessed the abuse and the offender has told her "if you leave me, I will kill you." Further, she alleged he told her "you're going to end up just like her," in reference to a relative's family member who died as the result of a domestic violence homicide.

The victim advised that on November 1, 2021, the offender shoved her, held her down by her neck on a bed, and struck her lower back with his knee. She indicated that he then suffocated her, off and on, for about 15 to 20 minutes, and thereafter shook her neck, which caused pain.

The victim also alleged that on November 2, 2021, Mr. Nassir grabbed her neck with his right hand, held her for 3 seconds, then let her go. He then proceeded to grab and squeeze her neck several times with both hands, off and on, for approximately 5 minutes. The victim was able to push him away and told him she was going to call the police. She then exited the house and as she was trying to leave, the offender opened the driver's side door, put the vehicle in park, and took the keys out of the ignition. The victim dialed 911, but Mr. Nassir grabbed her telephone, cancelled the call, and then gave the telephone back to her. The victim proceeded to text a friend who met her nearby and drove her to the Spokane County Courthouse to report the incident.

The deputy who interviewed the victim observed that she was very anxious and emotional when recounting the events that had occurred. She was concerned about her daughters' safety and believed the offender has the ability to kill her. The deputy observed bruising on the victim's left forearm, lower left leg, and a possible bruise on her neck and collar bone area. There were also hand marks on both her upper left and right arms and a small scratch on the left side of her neck. She also showed the deputy the cancelled 911 call.

Subsequently, the deputy spoke to the victim's friend who had transported her to Spokane County Courthouse. According to her friend, the victim told him she was afraid of the offender. She also informed him that the offender had grabbed her neck and had tried to rape her in the past.

On November 2, 2021, deputies made contact with Mr. Nassir at his residence. While at the residence, Mr. Nassir advised deputies that he and his wife had gotten into an argument and he denied any assaultive behavior or threats. A deputy spoke with his two minor daughters who advised they have seen Mr. Nassir hurt their mother and they have observed their mother with a bloody lip.

Based on the above information, Mr. Nassir was placed under arrest and transported to Spokane County Jail.

Prob12C

**Re: Nassir, Marwan Abdullah**
**November 3, 2021**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 3, 2021

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_Signature of Judicial Officer_

11/03/2021
Date