PROB 12C
(6/16)

Report Date: August 15, 2024

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 16, 2024

SEAN F. MCAVOY, CLERK

### Revised Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Marwan Abdullah Nassir                Case Number: 0980 2:18CR00008-SAB-1

Address of Offender: Yakima County Department of Corrections, 111 North Front Street
                     Yakima, Washington 98901

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Assigned Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: September 18, 2018

| | |
|---|---|
| Original Offense: | Count 1: Bank Fraud, 18 U.S.C. § 1344; Count 2: Identity Theft, 18 U.S.C. § 1028(a)(7); Count 4: Interstate Transport of Stolen Property, 18 U.S.C. § 2314 |
| Original Sentence: | Prison - 24 months    Type of Supervision: Supervised Release |
| | TSR - 60 months |
| Asst. U.S. Attorney: | Timothy John Ohms    Date Supervision Commenced: November 18, 2019 |
| | Ian Lloyd Garriques |
| Defense Attorney: | Troy Joseph Lee    Date Supervision Expires: November 17, 2024 |

## PETITIONING THE COURT

**Please Note:** The original petition was filed by the Court on February 1, 2024. The purpose of this petition is to reflect updated information regarding violation 1.

On November 19, 2019, the offender's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by committing the offenses of harassment and third degree assault - domestic violence on or about November 2, 2021. |
| | According to incident report number 2021-10145657, on November 2, 2021, deputies made contact with the victim at the Spokane County Courthouse where she went to report a domestic violence incident involving the offender. The victim advised deputies that Mr. Nassir had been physically and verbally abusive during the 10 years they have been together. She also advised that her two young daughters have witnessed the abuse and the offender has told her "if you leave me, I will kill you." Further, she alleged he told her "you're going to end up just like her," |

Prob12C
Re: Nassir, Marwan Abdullah
August 15, 2024
Page 2

in reference to a relative's family member who died as the result of a domestic violence homicide.

The victim advised that on November 1, 2021, the offender shoved her, held her down by her neck on a bed, and struck her lower back with his knee. She indicated that he then suffocated her, off and on, for about 15 to 20 minutes, and thereafter shook her neck, which caused pain. The victim also alleged that on November 2, 2021, Mr. Nassir grabbed her neck with his right hand, held her for 3 seconds, then let her go. He then proceeded to grab and squeeze her neck several times with both hands, off and on, for approximately 5 minutes. The victim was able to push him away and told him she was going to call the police. She then exited the house and as she was trying to leave, the offender opened the driver's side door, put the vehicle in park, and took the keys out of the ignition. The victim dialed 911, but Mr. Nassir grabbed her telephone, cancelled the call, and then gave the telephone back to her. The victim proceeded to text a friend who met her nearby and drove her to the Spokane County Courthouse to report the incident.

The deputy who interviewed the victim observed that she was very anxious and emotional when recounting the events that had occurred. She was concerned about her daughters' safety and believed the offender has the ability to kill her. The deputy observed bruising on the victim's left forearm, lower left leg, and a possible bruise on her neck and collar bone area. There were also hand marks on both her upper left and right arms and a small scratch on the left side of her neck. She also showed the deputy the cancelled 911 call.

Subsequently, the deputy spoke to the victim's friend who had transported her to the Spokane County Courthouse. According to her friend, the victim told him she was afraid of the offender. She also informed him that the offender had grabbed her neck and had tried to rape her in the past.

On November 2, 2021, deputies made contact with Mr. Nassir at his residence. While at the residence, Mr. Nassir advised deputies that he and his wife had gotten into an argument and he denied any assaultive behavior or threats. A deputy spoke with his two minor daughters who advised they have seen Mr. Nassir hurt their mother and they have observed their mother with a bloody lip.

Based on the above information, Mr. Nassir was placed under arrest and transported to Spokane County Jail.

On February 4, 2022, Mr. Nassir appeared in Spokane County Superior Court for sentencing, in case number 21-1-02687-32, following a jury verdict, in which he was convicted of count 2 - Second Degree Assault Domestic Violence, in violation of RCW 9A.36.021(1)(G) DV-F (#05602), and count 3 - Interfering with Reporting of Domestic Violence, in violation of RCW 9A.36.150-G (#33318). At that time, he was sentenced to an 84-month term of imprisonment for count 2, to be followed by an 18-month term of community custody. Additionally, he was sentenced to a 364-day term of imprisonment for count 3, to run concurrent with count 2.

The offender appealed the aforementioned state sentence and his conviction was overturned. Based on this information, his previously imposed revocation sentence for his federal matter was vacated.

Prob12C
Re: Nassir, Marwan Abdullah
August 15, 2024
Page 3

On June 27, 2024, Mr. Nassir appeared in Spokane County Superior Court for sentencing, in case number 21-1-02687-32, following a guilty plea, in which he was convicted of count 1, Harassment, in violation of RCW 9A.46.020(2)(B)(II) DV-F (#74221), and count 2, Third Degree Assault - Domestic Violence, in violation of RCW 9A.36.031(1)(F) DV-F (#05431). At that time, he was sentenced to 60 months imprisonment on each count, to run concurrent.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 15, 2024

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   Other   - Updating Petition Filed 2/2024

Signature of Judicial Officer

8/16/2024
Date